UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 283644

IN RE:  
JUAN C. HERNANDEZ

CASE NO.   05-14516-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

DEC 17 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10.91 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DEC 15 2009

Date: _____

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JUAN C. HERNANDEZ  
823 EAST 22ND STREET  
HIALEAH, FL 33013

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 447  
MIAMI, FL 33126

OSI PORTFOLIO SERVICES  
BANKRUPTCY DEPT  
PO BOX 105460  
ATLANTA, GA 30348-5460

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   05-14516-BKC-AJC
JUAN C. HERNANDEZ


                                    CHAPTER 13



   JUAN C. HERNANDEZ

   823 EAST 22ND STREET
   HIALEAH, FL 33013


   MARY REYES, ESQ.
   782 NW 42 AVE
   SUITE 447
   MIAMI, FL 33126

   OSI PORTFOLIO SERVICES         ---------$           10.91
   BANKRUPTCY DEPT
   PO BOX 105460
   ATLANTA, GA 30348-5460                UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 2
   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```